Y AND J PROPERTIES, LTD., individu-
ally and on behalf of all other persons
similarly situated, et al., Plaintiffs,

v.

The UNITED STATES, Defendant.

Nos. 17–1189L
17–1191L
17–1194L
17–1195L
17–1206L
17–1215L
17–1216L
17–1232L
17–1235L
17–1277L
17–1303L
17–1300L
17–1332L
17–1390L
17–1374L
17–1391L
17–1393L
17–1394L
17–1395L
17–1396L
17–1397L
17–1398L
17–1399L
17–1408L
17–1409L
17–1423L
17–1427L
17–1428L
17–1430L
17–1433L
17–1434L
17–1435L
17–1436L
17–1437L
17–1438L
17–1439L
17–1450L
17–1451L
17–1453L
17–1454L
17–1456L
17–1457L
17–1458L
17–1459L
17–1460L
17–1461L
17–1512L
17–1514L
17–1515L
17–1516L
17–1517L
17–1518L
17–1519L
17–1520L
17–1521L
17–1522L
17–1523L
17–1524L
17–1525L
17–1545L
17–1555L
17–1559L
17–1564L
17–1565L
17–1566L
17–1567L
17–1569L
17–1577L
17–1578L
17–1582L
17–1588L
17–1625L
17–1636L

United States Court of Federal Claims.

Filed: October 31, 2017

## MANAGEMENT ORDER NO. 1

### (ORDER ESTABLISHING MASTER DOCKET)

SUSAN G. BRADEN, Chief Judge

To promote the efficient administration of justice, it is hereby ORDERED:

1. *Pretrial Consolidation.* The above-identified cases and any subsequently filed directly or indirectly related cases, as defined in Rule 40.2 of the Rules of the United States Court of Federal Claims ("RCFC"), are hereby consolidated for pretrial management. Management Order No. 1 does not address whether these actions are or will be consolidated for trial, nor does it have the effect of making any entity a party to an action in which it has not been joined and served in accordance with the RCFC.

(a) *Master Docket.* The Clerk will create a Master Docket, In re Addicks and Barker (Texas) Flood–Control Reservoirs, Case No. 17–3000L, that lists all attorneys of record. The Clerk will docket this Order and the following Notice in each of the above-referenced consolidated actions:

NOTICE: Master Docket: In re Addicks and Barker (Texas) Flood–Control Reservoirs, Case No. 17–3000L, has been opened and assigned to Chief Judge Susan G. Braden for pretrial management. From this date and until further order, all filings in these consolidated cases will be filed in this Master Docket.

(b) *Future Filings; Case Caption.* Without an order rescinding Management Order No. 1, all future filings in these consolidated cases will be made in this Master Docket and will bear the following caption:

*i.* A filing that is applicable to all of these consolidated actions will state in the caption that it applies to "ALL CASES." Such filing will be made in the Master Docket only but will be deemed filed and docketed in each individual case to the extent applicable.

*ii.* A filing that applies only to a particular case(s) will state in the caption the applicable case number(s) and the last name(s) of the named plaintiff(s). The filing will be made in the Master Docket and the Clerk will docket the filing in each applicable case.

2. *Newly Filed Actions.* When a directly or indirectly related case subsequently is filed, the Clerk will:

i. make an appropriate entry in the Master Docket;

ii. docket a copy of this Order in the newly filed case; and

iii. docket a copy of the Notice identified in paragraph 1(a) above in the newly filed case.

3. This Order will apply to all directly or indirectly related cases that subsequently are filed in or transferred to this court.